UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 18-CR-92

ANTHONY H. LEE and DAVID S. CULVER,

    Defendants.

## ORDER GRANTING MOTION TO ADJOURN, EXTEND MOTION DEADLINE, AND EXCLUDE TIME

Defendant Anthony Lee has filed a motion to adjourn the trial date and the motion filing deadline so that he can complete review of discovery and negotiations for a final plea agreement. The trial was previously rescheduled to August 28, 2018, at Lee's request, and Lee has now filed a new motion seeking additional time.

The motion is granted. The court is satisfied that the interests of the defendant and the government in allowing the defendant to complete review of discovery and finalize a plea agreement outweighs the interests of either in a speedy trial. Further, the court is advised that counsel for the co-defendant indicates he does not object to the motion. Accordingly, the motion is granted. The clerk is directed to contact counsel for all parties and set a new trial date and motion deadline date as soon as counsel are ready to proceed.

Dated this __20th__ day of July, 2018.

                                                           s/ William C. Griesbach
                                                           William C. Griesbach, Chief Judge
                                                           United States District Court