UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                  Case No. 18-CR-92

ANTHONY H. LEE, and
DAVID S. CULVER,

        Defendants.
_____

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS PROPERTY
FROM FORFEITURE NOTICE OF THE INDICTMENT**
_____

Based on the United States' motion to dismiss property from the forfeiture notice of the Indictment in this matter, the Court hereby GRANTS the motion and orders that the following property items, be, and hereby are, DISMISSED without prejudice from the forfeiture notice of the Indictment:

1. A Remington Model 7600 bearing serial number 8042156;
2. A Marlin Model 1936 bearing serial number 4671;
3. A Ruger Model Mark II bearing serial number 79197877;
4. A Winchester Model 190 bearing serial number B1637547;
5. A Steven Arms Company Model 66 that does not bear a serial number;
6. A Mossberg Model 500A, 12-gauge shotgun bearing serial number P570180;
7. A Ruger Model 10/22 carbine .22 caliber rifle bearing serial number 236-93851; and
8. A Savage Model 170, 30-30 pump action rifle bearing serial number A542215.

Dated at Green Bay, Wisconsin, this 8th day of January, 2019.

                                             s/ William C. Griesbach_____
                                             WILLIAM C. GRIESBACH, Chief Judge
                                             United States District Court